**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-6828**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

RYAN O'NEIL LITTLE, a/k/a LA, a/k/a Youngblood,

    Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:95-cr-00105-MOC-1)

---

Submitted: November 17, 2011     Decided: November 23, 2011

---

Before KING, DAVIS, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ryan O'Neil Little, Appellant Pro Se. Gretchen C. F. Shappert, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan O'Neil Little appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Little, No. 3:95-cr-00105-MOC-1 (W.D.N.C. June 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED